1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TEVIS IGNACIO,                                    )
                                                  )
                              Plaintiff,           )        3:07-cv-00579-JCM-PAL
                                                  )
vs.                                               )
                                                  )        **ORDER AND REPORT OF FINDINGS**
JUDGES OF UNITED STATES DISTRICT                  )        **AND RECOMMENDATION**
COURT (RENO), et al.,                             )
                                                  )        (Mtn File Electronically - #6)
                              Defendants.          )        (Mtn Transfer - #7)
_____)        (Mtn Investigate - #8)

        Plaintiff Tevis Ignacio is proceeding in this action *pro se*.  Ignacio filed an Application to

proceed *in forma pauperis* (#1) and submitted a Complaint on November 28, 2007.  In an order (#2)

entered February 15, 2008, the court granted Ignacio's Application to proceed *in forma pauperis* (#1) but

dismissed his Complaint, with leave to amend, for failure to submit a completed Civil Rights Complaint

form required by LSR 2-1.  Ignacio has now filed a document (docketed as ## 5, 6, 7, 8) containing

various requests for relief as well as a Response (#10) to the court's order (#2).

        The court denied Ignacio's request for an extension of time (#5) in an order (#9) entered May 16,

2008.  Because Ignacio has not timely filed an amended complaint, and his request for an extension (#5)

has been denied (#9), his current requests for relief (## 6, 7, 8, 10) are denied.  Additionally, the court

makes the following findings:

        1.      Ignacio filed an Application to proceed *in forma pauperis* (#1) and submitted a

                Complaint on November 28, 2007.

        2.      In an order (#2) entered February 15, 2008, the court granted Ignacio's Application to

                proceed *in forma pauperis* (#1) but dismissed his Complaint, with leave to amend, for

                failure to submit a completed Civil Rights Complaint form required by LSR 2-1.  The

1    court's order (#2) gave Ignacio 30 days from the date of the order to file a completed

2    Civil Rights Complaint form.

3    3.    On May 5, 2008, Ignacio filed a document containing various requests for relief (## 5, 6,

4    7, 8).  One request for relief (#5) requested an extension of time to file an amended

5    complaint.  The District Judge denied this request in an order (#9) entered May 16, 2008

6    for failure to include a memorandum of points and authorities as required by Local Rule

7    7-2(a).

8    4.    To date Ignacio has not submitted an amended complaint, and the time for filing an

9    amended complaint has expired.

10   For the foregoing reasons,

11   **IT IS ORDERED** that Ignacio's Motion to file and receive documents via e-mail (#6), Motion

12   to transfer (#7), Motion for this court to launch a criminal investigation (#8), and the requests for relief

13   contained in his Response (#10) to the court's order (#2) are all DENIED.

14   **IT IS ALSO RECOMMENDED** that this case be DISMISSED for failure to timely file an

15   amended complaint.

16   <u>**NOTICE**</u>

17   These findings and recommendations are submitted to the United States District Judge assigned

18   to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten days after being served with

19   these findings and recommendations, any party may file written objections with the court.  Pursuant to

20   Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations

21   of a magistrate judge shall file and serve *specific written objections* together with points and authorities

22   in support of those objections, within ten (10) days of the date of service of the findings and

23   recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and

24   Recommendations."  The parties are advised that failure to file objections within the specified time may

25   waive the right to appeal the District Court's Order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

26   / / /

27   / / /

28   / / /

The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.

      Dated this 22nd day of May, 2008.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE