# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEVIS IGNACIO,<br><br>  Plaintiff,<br><br>v.<br><br>JUDGES OF THE UNITED STATES DISTRICT COURT (RENO), et al.,<br><br>  Defendants. | 3:07-CV-579 JCM (PAL)<br><br>Date:  N/A<br>Time:  N/A |

### ORDER

Presently before this court is the report and recommendation of United States Magistrate Judge Peggy A. Leen (Doc. # 12), filed on May 28, 2008. Plaintiff filed an objection on May 30, 2008.

On February 15, 2008, the court dismissed plaintiff's complaint. (See Doc. # 2). The court granted plaintiff thirty (30) days to file an amended complaint. (*Id.*). The court's order warned plaintiff that failure to refile within that time period would result in dismissal of his case. (*See id.*, at 3:6–12). To date, plaintiff has not filed an amended complaint. Accordingly,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Leen's
2 report and recommendation (Doc. # 12) is AFFIRMED.  The instant action is hereby DISMISSED
3 **without prejudice**.

4     DATED this 30th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -